# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In the matter of:
EVESHAM MORTGAGE, LLC

                                        Debtor

FIRST BANK

                                        Plaintiff(s)

                                                   Case No. _____23-18880-ABA_____

v.
LANDCOR HOLDINGS, L.P., and DOUGLAS S.
STANGER, TRUSTEE

                                                   Adversary No. _____

                                        Defendant(s)

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

| Address of Clerk | Mitchell H. Cohen U.S. Courthouse<br>400 Cooper Street, 4th Floor<br>Camden, N.J. 08101<br>Courtroom 4B |
|---|---|

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney | Maselli, Mills & Fornal, P.C.<br>David Fornal, Esquire<br>Melissa M. Nelson, Esquire<br>400 Alexander Park, Suite 101<br>Princeton, New Jersey 08540 |
|---|---|

If you make a motion, your time to answer is governed by Fed.R.Bankr.P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| Address<br>Mitchell H. Cohen U.S. Courthouse<br>400 Cooper Street<br>Camden, N.J. 08101 | Courtroom: 4B |
|---|---|
| | Date and Time:<br>July 9, 2024 |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

                                        James J. Waldron, Clerk

Date: _____     By: _____
                                                   Deputy Clerk

**MEDIATION OF ALL DISPUTES IS ENCOURAGED AND IS AVAILABLE PURSUANT TO D.N.J. LBR 9019-2. THE PRACTITIONER'S GUIDE TO THE MEDIATION PROCESS IS AVAILABLE IN THE BANKRUPTCY COURT CLERK'S OFFICE, IN EACH COURTROOM, AND ON THE COURT'S WEB SITE: www.njb.uscourts.gov. THE GUIDE CONTAINS AN OVERVIEW OF THE MEDIATION PROCESS, SAMPLE FORMS, THE REGISTER OF MEDIATORS AND APPLICABLE LOCAL RULES.**

                                                   *rev.12/1/09*