| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>MASELLI, MILLS & FORNAL, P.C.<br>By: David Fornal, Esquire<br>Attorney ID 017002005<br>Melissa M. Nelson, Esquire<br>Attorney ID 379062021<br>400 Alexander Park, Ste. 101<br>Princeton, New Jersey 08540<br>(609) 452-8411<br>Attorneys for Plaintiff, First Bank | |
| In Re:<br><br>EVESHAM MORTGAGE, LLC<br><br>Debtor.<br><br>FIRST BANK v. LANDCOR HOLDINGS, L.P., and DOUGLAS S. STANGER, TRUSTEE | Case No.: 23-18880-ABA<br>Adv. Pro. No.: 24-01168<br>Chapter: 7<br>Subchapter V: ☐ Yes ☒ No<br>Hearing Date: 5/6/2025<br>Judge: Altenburg |

## ADJOURNMENT REQUEST

1. I, __Melissa M. Nelson__,

   ☒ am the attorney for: __First Bank__,

   ☐ am self-represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Motion for Summary Judgment

   Current hearing date and time: 5/6/2025 2:00PM

   New date requested: 5/20/2025

   Reason for adjournment request: The parties have agreed on the terms of a settlement and are finalizing a written agreement memorializing the agreed upon terms.

2. Consent to adjournment:

   ☒ I have the consent of all parties.   ☐ I do not have the consent of all parties (explain below):

   _____

   _____

I certify under penalty of perjury that the foregoing is true.

Date: 5/5/2025

/s/ Melissa M. Nelson
Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted          New hearing date: 5/20/25 @ 2 pm          ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____          ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*

2